## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LAGARD, Individually and for Others Similarly Situated, | ) CIVIL DIVISION ) |
| Plaintiff, | ) Case No. 2:24-cv-560-MJH-PLD ) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| APPALACHIAN FIELD SERVICE, LLC. | ) ELECTRONIC FILING ) |
| Defendant. | ) |

### ORDER APPROVING SETTLEMENT

BEFORE THE COURT is the Parties' Joint Motion to Approve Settlement. Plaintiff Wiliam LaGard ("Plaintiff") and Defendant Appalachian Field Service, LLC ("Defendant") (collectively "the Parties") have arrived at a settlement and have requested court approval of their Settlement Agreement.

The Court has reviewed the proposed Settlement Agreement and finds the settlement of this action is fair to all Parties.

It is therefore **ORDERED** that the Parties' Joint Motion to Approve Settlement is hereby **GRANTED**, the Settlement Agreement is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE.**

It is so **ORDERED**.

SIGNED this 26th day of December, 2024.

_____
Marilyn J. Horan
United States District Judge